**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SOFTWRITERS, INC., | Case No. |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| INTEGRA, INC., and J.M. SMITH, CORP., | *Electronically Filed* |
| Defendants. | |

## COMPLAINT

Now comes Plaintiff SoftWriters, Inc. ("SoftWriters") by and through its attorneys and pleads as follows:

1.      Defendant Integra, Inc. has deliberately gained unauthorized access to the trade secrets and proprietary information that comprises the heart of SoftWriters' business through its intentional and illicit access to SoftWriters' entire FramworkLTC® database.  That access has caused and will continue to cause irreparable harm to SoftWriters unless it is stopped immediately.

## THE PARTIES

2.      Plaintiff, SoftWriters is a Delaware corporation with its primary place of business at 5800 Corporate Dr., 4th Floor, Pittsburgh, PA 15237.

3.      On information and belief, Defendant, Integra, Inc. ("Integra") is a Delaware corporation with its primary place of business at 317 Commercial Ave., Anacortes, WA 98221.

4.      On information and belief, Defendant J.M. Smith Corp. ("Smith") is the parent company of Integra and is a Delaware corporation with its primary place of business at 101 West Saint John Street, Suite 305, Spartanburg, SC  29306.

**JURISDICTION AND VENUE**

5.    This Court has federal question jurisdiction pursuant to 28 U.S.C. §1331 for the Lanham Act claim.  The Court has supplemental jurisdiction over the remaining state law claims.

6.    The court has personal jurisdiction over Integra and Smith pursuant to the Pennsylvania Long Arm Statute, 42 Pa. Consol. Stat. Ann. §5322, because they transact business in this jurisdiction.

7.    Venue is proper in the District under 28 U.S.C. §1391(b)(2) because a substantial part of the events giving rise to the claims occurred in this District.

**FACTUAL BACKGROUND**

The Parties' Business

8.    SoftWriters is a leading software licensor in the long-term care pharmacy market.  Its flagship product, called FrameworkLTC®, is a total pharmacy management software solution created specifically for the unique processes of pharmacies servicing long term care facilities, assisted living facilities, group homes and the like.

9.    The FrameworkLTC® software stores information in a relational database.  The design and structure of this database, along with the software contained within it, are of SoftWriters' own design and are a key component of the software solution, and constitute valuable trade secrets.

10.    Integra is also a software licensor in the long-term pharmacy market.  Its product, DocuTrak, is a document management system marketed and licensed to the same market segments as SoftWriters' FrameworkLTC® product.

11.    Integra has developed a product called Nextra to compete directly with the FrameworkLTC® software.

12.     In January 2015, Integra released the eRx Module ("eRx Module.") as part of DocuTrak.  According to Integra's website the eRx Module is designed to give pharmacies control over how they receive and process electronic prescriptions.

13.      SoftWriters' licensees obtain the right to use the FrameworkLTC® software by entering into a Single Pharmacy FrameworkLTC® Software License and Maintenance Agreement ("License Agreement"), the terms of which: (a) expressly acknowledge that Framework LTC is and contains SoftWriters' confidential and proprietary and trade secret information; and (b) prohibit licensees from allowing any third party access to FrameworkLTC. More specifically, License Agreement, §2.b. provides:

> *Restrictions on Use*:  … Licensee may not … in any way allow any third party (including without limitation any parent, subsidiaries, affiliated entities or third parties of Licensee) access to or use any of the Software or allow access to any of the Software through any terminal located outside of Licensee's Site.

And License Agreement §6.a. provides:

> *Licensor Confidential Information:*   Licensee agrees that the Licensor Confidential Information contains confidential and proprietary information, including without limitation trade secrets and know-how, all of which is the exclusive property of Licensor.  During the period this Agreement is in effect and at all times thereafter, Licensee and its employees, agents, representatives and contractors shall maintain the confidentiality of the Licensor Confidential Information and not see, license, publish, display, distribute, disclose or otherwise reveal or make available any of the Licensor Confidential Information to any third party nor use such information as authorized by this Agreement …

*See Exhibit A.*

### Integra's Misappropriation

14.     In late August, 2015 a licensee of SoftWriters informed SoftWriters that Integra was directly accessing the SoftWriters FrameworkLTC® proprietary database via the eRx Module.

SoftWriters at no time has afforded or permitted Integra any right of access to its proprietary FrameworkLTC® software.

15.    In order for Integra's access to occur, Integra had to obtain login credentials from a licensee, as well as be provided access to the database from the licensee's computer network. Licensees are prohibited contractually from providing such access.

16.    By accessing the SoftWriters' FrameworkLTC® database, Integra has gained access to SoftWriters' confidential trade secret information.  This access gives Integra visibility to the entire FrameworkLTC® product and enables it to examine how it is built from the ground up, as well as to gain SoftWriters' market intelligence. Integra has that access today, and has refused to cease such access.  Each day that goes by with Integra utilizing such illicit and ongoing access leaves SoftWriters' confidential trade secret information exposed and open to analysis and use by its competitor Integra, which use could include development of Integra's Nextra product, causing further damage to SoftWriters. It is therefore imperative that it be stopped immediately.

17.    SoftWriters' risk of irreparable harm has substantially increased with Smith's recent acquisition of Integra.  Smith  subsidiary  QS/1, now an Integra affiliate, directly competes with SoftWriters' FrameworkLTC® product.  Every day that goes by increases the risk that Integra will share its misappropriated SoftWriters' trade secrets with its affiliate QS/1.

SoftWriters' Response

18.    As soon as it became aware of Integra's illicit access and ongoing ability to access SoftWriters' software, SoftWriters took action.  On September 1, 2015, Roper Technologies, Inc. (SoftWriters' parent company) wrote Integra and demanded, among other things, that it cease and desist accessing SoftWriters' FrameworkLTC® database. Specifically, it demanded that Integra:

- 4 -

1) Immediately cease and desist accessing SoftWriters' databases and destroy all data, software, related documentation, any copies thereof and any other SoftWriters information in its possession;

2) Immediately remove the eRx Module from DocuTrack for purposes of destroying any Integra source code developed for the module using SoftWriters' design data; and

3) Cease holding itself out as being affiliated with SoftWriters in any way.

*See Exhibit B.*

19. Integra refused to take any action. *See Exhibit C.*

20. In an effort to dissuade Integra from further improper access to its trade secrets, SoftWriters created an upgrade (the "Upgrade"), which, when installed by its licensees, encrypts their data. SoftWriters was within its rights to create and provide licensees with the Upgrade, but installation of the Upgrade cannot prevent further access by Integra to the database. Moreover, the Upgrade cannot recover any copies or excerpts that Integra has taken of SoftWriters' trade secrets by virtue of its unlawful access. Integra still is making use of its improper access.

<u>Integra's False Statements</u>

21. In late September Integra responded to the Upgrade by wrongly telling SoftWriters' licensees not to install the Upgrade because it would "break" the eRx module if installed and that the purpose of the Upgrade was to force licensees to use SoftWriters' product. On information and belief, this communication was issued with the express purpose of providing false information in order to maintain the ability to unlawfully access SoftWriters' trade secrets.

**SOFTWRITERS' TRADE SECRETS ARE PROTECTABLE**

22. In the FrameworkLTC® software SoftWriters has built a unique architecture, data management scheme, and software.

23. SoftWriters has taken considerable efforts to ensure that its unique architecture and data management scheme remain confidential, including (but not limited to) contractually preventing a licensee from allowing any third party access to or use of the database or allowing access to the database outside of licensee's physical site, and contractually designating the database as confidential and prohibiting disclosure by licensee.

24. The relationships that SoftWriters has established with its licensees also represent a business interest that is valuable to SoftWriters and one it has carefully protected.

## SOFTWRITERS IS ENTITLED TO INJUNCTIVE RELIEF

25. SoftWriters is likely to succeed on the merits of the case because it has valuable trade secrets to protect and Integra's wrongful activity is blatant and abusive.

26. SoftWriters' trade secrets and licensee relationships are being and will be irreparably harmed if a preliminary and permanent injunction is not entered.

27. SoftWriters will suffer from greater harm if a preliminary and permanent injunction is not granted. Integra will suffer no harm – it simply will be ordered to cease its unauthorized access to SoftWriters' FrameworkLTC® software, destroy intellectual property it has no ownership in and stop making false statements to SoftWriters' licensees.

28. Money damages also cannot sufficiently compensate SoftWriters, so SoftWriters has no adequate remedy at law.

29. Granting an injunction will serve the public interest because protecting a company's valuable trade secrets and licensee relationships is consistent with public policy.

Case 2:15-cv-01286-LPL   Document 1   Filed 10/01/15   Page 7 of 11

## COUNT I

### MISAPPROPRIATION OF TRADE SECRETS

30.     SoftWriters repeats the allegations in paragraphs 1-29 above as if the same were fully set forth herein.

31.     SoftWriters possesses valuable trade secrets, relating to its computer architecture and database management, specifically the manner in which SoftWriters has crafted a software solution and database architecture to provide features and functionality that are unique to the industry and that represent a significant market advantage.

32.     SoftWriters has spent significant time and money developing its trade secrets, confidential information and proprietary strategies and has taken legitimate steps to protect such information from disclosure, including limiting dissemination and access to its trade secrets, and creating contractual obligations to prevent broader disclosure.

33.     The above-described confidential information falls within the definition of trade secrets as defined under the Uniform Trade Secrets Act and the Pennsylvania Trade Secrets Act.

34.     Disclosure of SoftWriters' trade secrets to competitors like Integra severely undermines SoftWriters' competitive position in the market place.

35.     Integra has obtained unlawful access to SoftWriters' trade secrets.

36.     Integra's misappropriation of SoftWriters' trade secrets has caused – and unless abated, will continue to cause – immediate and irreparable harm to SoftWriters.

37.     Integra's willful, wanton and malicious misappropriation of SoftWriters' trade secrets constitutes outrageous conduct entitling SoftWriters to punitive damages.

## COUNT II

## VIOLATION OF THE LANHAM ACT, 15 U.S.C. §1125(a),  §43 OF THE LANHAM ACT

38.     SoftWriters repeats the allegations in paragraphs 1-37 above as if the same were fully set forth herein.

39.     By reason of the foregoing, and particularly Integra's false statements to SoftWriters' licensees regarding the Upgrade, SoftWriters herein asserts a claim against Integra for injunctive and money relief pursuant to Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a)(1)(B), with regard to the intentional misrepresentations about the characteristics of SoftWriters' Upgrade. Such statements constitute false and misleading claims designed to misrepresent the characteristics, qualities and nature of the Framework® LTC software.

## COUNT III

## TORTIOUS INTERFERENCE
## WITH CONTRACT AND PROSPECTIVE BUSINESS RELATIONS

40.     SoftWriters repeats the allegations in paragraphs 1-39 above as if the same were fully set forth herein.

41.     SoftWriters has valid and enforceable contracts with its licensees.

42.     The contracts prohibit the sharing of password and account information relating to the FrameworkLTC® software, and from providing unauthorized access to the FrameworkLTC® software.

43.     By intentionally and wrongly inducing at least one licensee to share its password information and provide access, Integra has intentionally interfered with contractual relations between SoftWriters and its licensees, with the knowledge and intent that its actions would cause injury to SoftWriters.

44.     By intentionally and wrongfully making false statements about SoftWriters' Upgrade, Integra has intentionally interfered with the contractual relationships between SoftWriters and its licensees, with the knowledge and intent that its actions would cause injury to SoftWriters.

45.     Because of the nature of the industry and the strong business relationships that SoftWriters has developed and invested in over time, SoftWriters has prospective contractual relationships with a number of licensees.  Integra's false statements jeopardize these relationships as well.  By inducing breaches of the license agreements, Integra is directly placing SoftWriters at odds with its licensees.

46.     Integra has no privilege or justification to interfere with the contractual or prospective contractual relationships that SoftWriters has with its licensees.

47.     Integra has acted intentionally and interfered with the contractual relationships that SoftWriters has with its licensees and prospective licensees.

48.     Integra's actions have caused and will continue to cause irreparable harm to SoftWriters by damaging its contractual and prospective contractual relationships with those licensees, causing it to suffer damages that are not readily capable of calculation.

49.     Integra's willful, wanton and malicious interference with SoftWriters' contracts and prospective business relationships constitute outrageous conduct, entitling SoftWriters to an award of punitive damages.

## COUNT IV

### UNFAIR COMPETITION (IN THE ALTERNATIVE)

50.     SoftWriters repeats the allegations in paragraphs 1-49 above as if the same were fully set forth herein.

51.     By engaging in the conduct described above, Integra has engaged in unfair competition with SoftWriters. Such conduct has caused and will continue to cause damage to SoftWriters' goodwill, licensee relationships, prospective licensee relationships, contractual relationships, and valuable business interest.

52.     Integra's conduct, as described above, is contrary to honest commercial practices.

53.     SoftWriters has suffered and will continue to suffer immediate and irreparable harm as a result of its conduct.

54.     Its willful, wanton and malicious acts of unfair competition constitutes outrageous conduct, entitling SoftWriters to an award of punitive damages.

## PRAYER FOR RELIEF

**WHEREINFORE,** SoftWriters respectfully requests this Court grant the following equitable relief and money damages:

(a)     an order enjoining Integra, preliminarily and then permanently, from accessing the FrameworkLTC® database in any fashion;

(b)     an order enjoying Integra, preliminarily and then permanently, from making false statements about SoftWriters to SoftWriters' current or prospective licensees;

(c)     an order enjoying Integra, preliminarily and then permanently, from misappropriating, disclosing, or making available to any person any trade secrets or confidential information of SoftWriters;

(d)     an order compelling Integra to destroy all SoftWriters' confidential information in its possession, including but not limited to confidential information contained within the eRx Module, and any software designed to access the FrameworkLTC® database;

(e)     compensatory damages in an amount in excess of $75,000, together with interest, costs, reasonable attorneys' fees to the fullest extent permitted by law, and punitive damages;

- 10 -

(f)      disgorgement of all revenues, profits, and compensation of any kind that Defendants received by virtue of their improper conduct (plus interest thereupon); and

(g)      any such further relief as the Court deems to be just and proper.

### JURY DEMAND

A jury demands a jury trial on all counts that are triable.

Respectfully submitted,

Dated: October 1, 2015

/s/ *Cecilia R. Dickson*
Cecilia R. Dickson
PA ID No. 89348
CDickson@webblaw.com
Paul M. Reznick
PA ID No. 46981
PReznick@webblaw.com

THE WEBB LAW FIRM, P.C.
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 471-8815
Facsimile: (412) 471-4094

Thomas G. Pasternak
(pro hac vice to be submitted)
STEPTOE & JOHNSON LLP
115 South LaSalle, Suite 3100
Chicago, Illinois 60603
(312) 577-1300
tpasternak@steptoe.com

COUNSEL FOR PLAINTIFF
SoftWriters, Inc.